— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of HONOUR B. GELSON, an Attorney and Counselor at Law.— Matter referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of SADIE AGNES HAMILTON, Respondent, v. WILLIS WARD HAMILTON, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of FRANKLIN J. MYERS and BARTON V. HILLIARD as Trustees of the Several Trusts Created under the Last Will and Testament of ELEANOR L. HILLIARD, Deceased. MILES F. McDONALD, as Special Guardian for JOHN GERALD HILLIARD BOATE, JR., and Others, Infants, etc., Appellants; FRANKLIN J. MYERS and BARTON V. HILLIARD, as Trustees under the Last Will and Testament of ELEANOR L. HILLIARD, Deceased, and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of ELLEN R. KAMP and DOROTHY K. SCHLOMANN, as Administratrices, etc., of HARRY E. KAMP, Deceased, to Discover Certain Property of Said Deceased, Claimed to Be Withheld. ELLEN R. KAMP and DOROTHY K. SCHLOMANN, as Administratrices, etc., of HARRY E. KAMP, Deceased, Respondents; CHARLES GASAU, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal; upon condition, however, that the certificate for one share of stock remain in the custody of the clerk of the Surrogate's Court. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Rehabilitation of LAWYERS MORTGAGE COMPANY. In the Matter of a Plan for the Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as 2121 Westbury Court, Borough of Brooklyn, County of Kings, City and State of New York, Guaranteed by LAWYERS MORTGAGE COMPANY and Designated under Mortgage No. 29,940. FRIEDBRO REALTY Co., INC., Owner, Appellant; MANUFACTURERS TRUST COMPANY, as Trustee, and MORTGAGE COMMISSION OF THE STATE OF NEW·YORK, Respondents. (Plan No. 2048.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of the WESTCHESTER COUNTY BAR ASSOCIATION in Respect to BENJAMIN LEVITAN, an Attorney, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until Tuesday, January 3, 1939. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ. [See ante, p. 704.]

In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as LIDO CLUB HOTEL, at Reynolds Channel,